In re: John B. Pollet applying for writ of habeas corpus.

Writ refused. The application does not disclose an abuse of the trial judge's discretion.

157 So.2d 236

### Frank SALTALAMACCHIA

v.

### STRACHAN SHIPPING COMPANY.

No. 46993.

Nov. 12, 1963.

Court of Appeal, Fourth Circuit. 156 So.2d 291.

The application for a writ is granted but limited to the question of penalties and attorneys' fees; in all other respects the application is denied.

157 So.2d 236

### Betty Judd LEVERT, wife of Robert Louis Levert, Jr.

v.

### Robert Louis LEVERT, Jr.

No. 46987.

Nov. 12, 1963.

Court of Appeal, Fourth Circuit. 156 So.2d 284.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.